FILED: March 20, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1360

(1:02-cv-00373-NCT-LPA)

_____

RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated

      Plaintiff - Appellant

v.

RJR PENSION INVESTMENT COMMITTEE; RJR EMPLOYEE BENEFITS COMMITTEE; R.J. REYNOLDS TOBACCO HOLDINGS, INC,; R. J. REYNOLDS TOBACCO COMPANY

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:02-cv-00373-NCT-LPA |
| Date notice of appeal filed in originating court: | 03/08/2013 |
| Appellant (s) | Richard G. Tatum |
| Appellate Case Number | 13-1360 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |