FILED: May 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1360
(1:02-cv-00373-NCT-LPA)

_____

RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated

       Plaintiff - Appellant

v.

RJR PENSION INVESTMENT COMMITTEE; RJR EMPLOYEE BENEFITS COMMITTEE; R.J. REYNOLDS TOBACCO HOLDINGS, INC,; R. J. REYNOLDS TOBACCO COMPANY

       Defendants - Appellees

_____

O R D E R

_____

     The court grants the motion to extend filing time and extends the briefing schedule as follows:

     FRAP 30(c) page-proof opening brief & service of appendix designations due: 5/28/13

     FRAP 30(c) page-proof response brief & service of additional designations due: 7/26/13

Appendix due: 9/3/13

Opening brief, response brief, and any reply brief in final form due: 9/17/13

For the Court--By Direction

/s/ Patricia S. Connor, Clerk