UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 29, 2013

_____

DOCKET CORRECTION NOTICE

_____

No.    13-1360,           Richard Tatum v. RJR Pension Investment Committ
                          1:02-cv-00373-NCT-LPA

TO:
Catha Worthman
Jeffrey G. Lewis
Helen Parsonage
Daniel Morris Hutchinson
Kelly M. Dermody
Robert Mauldin Elliot

**BRIEF OR APPENDIX CORRECTION DUE:  June 3, 2013**

Please make the correction identified below and file a corrected document by the due date indicated.  The time for filing the next brief is unaffected by this notice.

*The appendix designations should not be included as a part of the page-proof opening brief.  Please refile the brief without the appendix designations.  There is a separate entry, "appendix designations" which should be used for that filing.*

Sharon A. Wiley, Deputy Clerk
804-916-2704